(Rev. 11/04)

# CIVIL COVER SHEET

44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating il docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| The United States of America | 53.14 ACRES OF LAND, more or less, Situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES **4: 31** |
| **(b)** County of Residence of First Listed Plaintiff _____ (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant San Diego County SOUTHERN DISTRICT CALIFORNIA (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED DEPUTY |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number) 619-557-7140 Tom Stahl, Assistant U.S. Attorney, Chief, Civil Division, Office of the U.S. Attorney, 880 Front St., Rm. 6293, San Diego, CA 92101-8893 | Attorneys (If Known) **'08 CV 0506 J RBB** |

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) | | | |
|---|---|---|---|---|---|
| | | (For Diversity Cases Only) | | | |
| ☒ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) | | PTF DEF | | PTF DEF |
| | | Citizen of This State | ☐ 1 ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 ☐ 3 | Foreign Nation | ☐ 6 ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☒ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

| V. ORIGIN (Place an "X" in One Box Only) | | | | | | Appeal to District Judge from |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Magistrate Judgment |

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 40 U.S.C. Section 3114 |
|---|---|
| | Brief description of cause: Land Condemnation |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions) | JUDGE Hon. Thomas J. Whelan | DOCKET NUMBER 06cv1670 and 07cv0886 |
|---|---|---|---|

| DATE 3/18/08 | SIGNATURE OF ATTORNEY OF RECORD Tom Stahl | Tom Stahl, Chief, Civil Division U.S. Attorneys Office |
|---|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

1    KAREN P. HEWITT
     United States Attorney
2    TOM STAHL
     Assistant U.S. Attorney
3    Chief, Civil Division
     California State Bar No. 078291
4    Office of the U.S. Attorney
     880 Front Street, Room 6293
5    San Diego, California 92101-8893
     Telephone: (619) 557-7140
6    Thomas.Stahl@usdoj.gov

7    Attorneys for the Plaintiff

*FILED*

08 MAR 18 PM 4:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

'08 CV 0506 J RBB

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11    THE UNITED STATES OF AMERICA,    )      Civil No.
                                 )
12             Plaintiff,        )
                                 )
13        v.                     )      COMPLAINT IN CONDEMNATION
                                 )      [With Declaration of Taking]
14    53.14 ACRES OF LAND, more or less,    )      [40 U.S.C. §3114]
     situated in San Diego County, State of    )
15    California; and THE STATE OF          )
     CALIFORNIA; and OTHER INTERESTED )
16    PARTIES,                        )
                                 )
17            Defendants.      )
     _____ )

18

19        1.      This is a civil action brought by the United States of America at the request of the

20    Secretary of the Department of Homeland Security, through the Executive Director, Asset Management,

21    of U.S. Customs and Border Protection, for the taking of property under the power of eminent domain

22    through a Declaration of Taking and for the determination and award of just compensation to the owners

23    and parties in interest.

24        2.      The authority for the taking of the land is under and in accordance with the Act of

25    Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. § 3114), and acts supplementary thereto

26    and amendatory thereof and under the further authority of the Act of Congress approved August 21,

27    2002 (116 Stat. 1144, 40 U.S.C. §3113) and under the further authority of the Act of Congress approved

28    September 30, 1996 (8 U.S.C. §1103(b). Authority for the taking was transferred to the Department of

1   Homeland Security pursuant to the Department of Homeland Security Act (Pub. Law 107-296,

2   November 25, 2002), see 6 U.S.C. §§111, 202, 251, 551 and 557. Department of Homeland Security

3   Delegation No. 7010.3(II)(B) delegated land acquisition authority from the Secretary of Homeland

4   Security to the Commissioner of U.S. Customs and Border Protection. Customs and Border Protection

5   Delegation No. 05-006 delegated land acquisition authority to the Executive Director of Asset

6   Management. The Act of Congress approved September 30, 1996 (Pub. Law 104-208) authorized this

7   acquisition and the Act of Congress approved October 18, 2005 (Pub. Law 109-90) appropriated funds

8   for the acquisition of land to control and guard the boundaries and borders of the United States of

9   America.

10      3.      The public purpose for which the property is taken is described in Schedule B, attached

11  hereto and made a part hereof.

12      4.      A general description of the property being taken is set forth in Schedule C, attached

13  hereto and made a part hereof.

14      5.      A plan depicting the property being taken is shown in Schedule D, attached hereto and

15  made a part hereof.

16      6.      The interests to be acquired in the property being taken are described in Schedule E,

17  attached hereto and made a part hereof.

18      7.      The estimated amount of just compensation for the property being taken is set forth in

19  Schedule F, attached hereto and made a part hereof.

20      8.      The persons who may have or claim a purported interest in the property and whose names

21  are known are listed in Schedule G, attached hereto and made a part hereof.

22      9.      Local and state taxing authorities and assessment districts may have or claim an interest

23  in the property by reason of taxes and assessments due and owing.

24      10.     In addition to those persons named, there are or may be others who have or may have

25  some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and

26  such persons are made parties in the action under the designation "Other Interested Parties."

27  //

28  //

2

1    WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and

2    that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful

3    and proper.

4    DATED:   March 18, 2008                           KAREN P. HEWITT
                                                        United States Attorney

5

6                                                       *Tom Stahl*

7                                                       TOM STAHL
                                                        Assistant U. S. Attorney
                                                        Chief, Civil Division

8
                                                        Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct an all weather patrol road, fencing and security lighting to help secure the United States/Mexico border within the State of California. The land is necessary to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto.

SCHEDULE "C"
LEGAL DESCRIPTIONS

**TRACT 100**

A tract of land situated within Fractional Section 07, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:

Commencing at a survey point on the U.S./Mexico international boundary,

having a coordinate value of N=134919.35 and E=1731258.78.  Thence, along

said boundary, S 84°40'39" W, a distance of 13.29 feet to the Point-of-

Beginning.  Thence, continuing along international boundary, S 84°40'39" W,

a distance of 509.52 feet to a point.

Thence, N 02°01'41" W, a distance of 150.25 feet to a point.

Thence, N 84°42'32" E, a distance of 1221.78 feet to a point.

Thence, N 33°52'11" E, a distance of 122.03 feet to a point.

Thence, N 00°00'00" W, a distance of 154.31 feet to a point.

Thence, N 26°08'49" E, a distance of 207.02 feet to a point.  Said point

being on the section line common to section 7 & 8, T19S, R2W of the San

Bernadino Meridain.

Thence, S 89°51'04" E, a distance of 466.09 feet to a point. Said point

being the intersection of Section 5, 6, 7 & 8, T19S, R2W.

Thence, S 00°48'12" W, along section line common to Section 7 & 8, T19S,

R2W, a distance of 472.38 feet to a point.

Thence, S 84°40'39" W, a distance of 1327.51 feet to a point.

Thence, S 00°48'17" W, a distance of 60.34 feet to the Point-of-Beginning.

Said tract of land containing an area of 9.58 acres more or less.

**TRACT 100-1**

A tract of land situated within Fractional Section 08, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:


Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

T19S, R2W, and having a survey coordinate value of N=136881.63 and

E=1737811.27.  Thence, S 00°36′22″ W, a distance of 1353.24 feet to a point.

Said point being on the United States / Mexico International boundary.

Thence, along said boundary, S 84°40′38″ W, a distance of 1336.62 feet to

the Point-of-Beginning.

Thence, continuing along said boundary, S 84°40′39″ W, a distance of 2680.78

feet to a point.

Thence, N 00°48′06″ E, a distance of 405.13 feet to a point.

Thence, S 89°50′42″ E, a distance of 721.29 feet to a point.

Thence, N 62°12′34″ E, a distance of 236.51 feet to a point.

Thence, N 89°30′22″ E, a distance of 841.62 feet to a point.

Thence, N 00°07′14″ W, a distance of 201.81 feet to a point.

Thence, N 85°04′58″ E, a distance of 900.94 feet to a point.

Thence, S 00°35′40″ W, a distance of 554.49 feet to the Point-of-Beginning.

Said tract of land containing an area of 26.93 acres more or less.

**TRACT 100-1A**

A tract of land situated within Fractional Section 08, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:


Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

T19S, R2W, and having a survey coordinate value of N=136881.63 and

E=1737811.27.  Thence, S 00°36'22" W, a distance of 1104.67 feet to the

Point-of-Beginning.

Thence, S 00°36'22" W, a distance of 248.56 feet to a point.  Said point

being the United States/Mexico International boundary.

Thence, continuing along said boundary, S 84°40'37" w, a distance of 550.00

feet to a point.

Thence, N 00°36'24" E, a distance of 36.11 feet to a point.

Thence, N 84°51'55" E, a distance of 165.16 feet to a point.

Thence, N 56°25'05" E, a distance of 322.54 feet to a point.

Thence, N 85°05'48" E, a distance of 116.45 feet to the Point-of-Beginning.

Said tract of land containing an area of 2.08 acres more or less.

**TRACT 100-1B**

A tract of land situated within Fractional Section 08, Township 19 South, Range 2 West of the San Bernardino Meridian, County of San Diego, State of California and being described as follow:

Commencing at a survey point on the U.S./Mexico international boundary, having a coordinate value of N=135457.27 and E=1737032.82.  Thence, N 69°39'41" E, a distance of 231.59 feet to the Point-of-Beginning.

Thence, S 84°40'39" W, a distance of 786.63 feet to a point.

Thence, N 00°35'40" E, a distance of 494.17 feet to a point.

Thence, N 84°51'55" E, a distance of 76.28 feet to a point.

Thence, S 36°22'42" E, a distance of 530.06 feet to a point.

Thence, N 84°51'55" E, a distance of 389.70 feet to a point.

Thence, S 00°36'24" W, a distance of 36.11 feet to the Point-of-Beginning.

Said tract of land containing an area of 3.13 acres more or less.

**Tract No.:105E**

    A strip of land situated within Section 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6630200100 and 6630201100 being described as follows:


Said strip of land being approximately 427.98 feet in length and 50.00 feet in width, parallel to 25.00 feet to the right of and 25.00 feet to the left of and measured at right angles to the following described centerline:


Beginning at a point on the easterly right-of-way of Monument Road. Said point having a coordinate value of X= 6295113.83, Y= 1776089.74.

Thence, in an easterly direction approximately 263.14 feet to a point. Said point having a coordinate value of X=6295373.48 & Y=1776078.70.

Thence, along an arc of a curve to the right of, a distance of approximately 164.84 feet to a Point-of-Termination. Said point having a coordinate value of X=6295477.18 & Y=1775997.18.


    Said strip of land containing an area of 0.49 acres, more or less.

**Tract No.: 105E-1**

A strip of land situated within Section 5 & 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6630200600, 6620202500, 6620202000, 6630200400 and 6620202400 being described as follows:

Said strip of land being approximately 2803.69 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the southerly right-of-way of Monument Road.  Said point having a coordinate value of X= 6297484.26 & Y= 1778591.81.

Thence, in a southwesterly direction approximately 240.86 feet to a point. Said point having a coordinate value of X=6297397.20 & Y=1778376.26.

Thence, along an arc of a curve to the left, a distance of approximately 242.77 feet to a point.  Said point having a coordinate value of X=6297439.77 & Y=1778163.20.

Thence, continuing along the meanders of said centerline in a southeasterly direction, a distance of approximately 1363.81 feet to a point.  Said point having a coordinate value of X=6298621.66 & Y= 1777484.34.

Thence, along an arc of a curve to the right, a distance of approximately 121.65 feet to a point.  Said point having a coordinate value of X=6298690.55 & Y=1777388.07.

1  Thence, continuing along the meanders of said centerline in a southeasterly

2  direction, a distance of approximately 248.05 feet to a point.  Said point

3  having a coordinate value of X=6298743.59 & Y= 1777145.76.

4  Thence, along an arc of a curve to the left, a distance of approximately

5  190.58 feet to a point.  Said point having a coordinate value of

6  X=6298854.90 & Y=1776999.62.

7  Thence, continuing along the meanders of said centerline in a southeasterly

8  direction, a distance of approximately 395.97 feet to the Point-of-

9  Termination.  Said point having a coordinate value of X=6299212.51 & Y=

10 1776829.60.

11      Said strip of land containing an area of 3.86 acres, more or less.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Tract No.:105E-2**

A strip of land situated within Sections 5 and 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6620202400 and 6620202000 being described as follows:

Said strip of land being approximately 675.38 feet in length and 50.00 feet in width, parallel to 25.00 feet to the right of and 25.00 feet to the left of and measured at right angles to the following described centerline:

Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S, R2W.  Thence, N 67°01'26" W, a distance of approximately 1425.36 feet to the Point-of -Beginning.  Said point having a coordinate value of X= 6297905.72, Y= 1777882.39.

Thence, in a southwesterly direction approximately 439.53 feet to a point. Said point having a coordinate value of X=6297828.19 & Y=1777449.75.

Thence, along an arc of a curve to the left of, a distance of approximately 74.98 feet to a point.  Said point having a coordinate value of X=6297863.65 & Y=1777389.61.

Thence, continuing along the meanders of said centerline in a southeasterly direction, a distance of approximately 160.86 feet to a Point-of-Termination.  Said point having a coordinate value of X=6298012.45 & Y=1777330.02.

Said strip of land containing an area of 0.78 acres, more or less.

1    **Tract No.:105E-3**

2

3        A strip of land situated within Sections 5 and 8, Township 19 South,

4    Range 2 West of the California Principle Meridian, County of San Diego,

5    State of California, and having an APN 6620202000, 6620202400, 6630201400

6    and 6630201000 being described as follows:

7

8    Said strip of land being approximately 1697.38 feet in length and 50.00 feet

9    in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10   of and measured at right angles to the following described centerline:

11

12   Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13   R2W.   Thence, N 88°17'33" W, a distance of approximately 1306.27 feet to the

14   Point-of -Beginning.  Said point having a coordinate value of X= 6297912.31,

15   Y= 1777364.92.

16   Thence, in a southwesterly direction approximately 157.41 feet to a point.

17   Said point having a coordinate value of X=6297795.96 & Y=1777261.94.

18   Thence, along an arc of a curve to the right of, a distance of approximately

19   86.74 feet to a point.  Said point having a coordinate value of X=6297714.24

20   & Y=1777240.51.

21   Thence, continuing along the meanders of said centerline in a northwesterly

22   direction, a distance of approximately 389.93 feet to a Point-of-

23   Termination.  Said point having a coordinate value of X=629732.73 &

24   Y=1777308.83.

25

1 | Thence, along an arc of a curve to the left of, a distance of approximately

2 | 216.99 feet to a point.  Said point having a coordinate value of

3 | X=6297227.68 & Y=1777171.82.

4 | Thence, continuing along the meanders of said centerline in a southwesterly

5 | direction, a distance of approximately 846.31 feet to a Point-of-

6 | Termination.  Said point having a coordinate value of X=6297132.70 &

7 | Y=1776335.92.

8 |

9 | Said strip of land containing an area of 1.93 acres, more or less.

**Tract No.:105E-4**

A tract of land situated within Section 5 & 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6620201900, 6620202000, 6630201400 and 6630201000 being described as follows:

Commencing at the intersection of Sec 5 common to Sec 4, 8 and 9, T 19 S, R 2 W.  Thence, N 84°50'15" W a distance of approximately 1360.43 feet to the Point-of-Beginning.  Said point having a coordinate value of X=6297862.29 & Y=1777448.39.

Thence, S 60°45'04" E, a distance of 186.51 feet to a point.

Thence, S 24°56'12" W, a distance of 59.92 feet to a point.

Thence, S 49°49'10" W, a distance of 49.80 feet to a point.

Thence, N 88°53'38" W, a distance of 79.09 feet to a point.

Thence, S 51°22'22" W, a distance of 127.21 feet to a point.

Thence, N 80°48'42" W, a distance of 157.24 feet to a point.

Thence, S 68°59'55" W, a distance of 115.39 feet to a point.

Thence, S 80°29'23" W, a distance of 66.22 feet to a point.

Thence, S 89°21'36" W, a distance of 195.61 feet to a point.

Thence, S 66°33'11" W, a distance of 61.98 feet to a point.

Thence, N 10°56'04" W, a distance of 111.40 feet to a point.

Thence, N 04°02'34" E, a distance of 129.36 feet to a point.

Thence, N 60°32'41" E, a distance of 91.94 feet to a point.

Thence, S 83°10'08" E, a distance of 216.28 feet to a point.

1  Thence, S 67°06'09" E, a distance of 213.97 feet to a point.

2  Thence, N 39°39'11" E, a distance of 183.56 feet to a point.

3  Thence, S 84°02'06" E, a distance of 63.97 feet to a point.

4

5  Said strip of land containing an area of 3.65 acres, more or less.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "D"

See the attached plat











STATE OF CALIFORNIA
6630200100

STATE OF CALIFORNIA
6630201200

STATE OF CALIFORNIA
6630201100

MONUMENT ROAD

POB
X = 6295113.83
Y = 1776060.74

10E

X = 6295181.35
Y = 1776068.27

X = 6295477.18
Y = 1775997.18

X = 6295373.48
Y = 1775078.70

GRAPHIC SCALE
1" = 300'
0    150'    300'    450'    600'    750'

PATIENCE POINT
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: State of California

Section 8
Township 19 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
OF
ENGINEERS
ALBUQUERQUE DISTRICT







STATE OF CALIFORNIA
6630201200

OF CALIFORNIA
6630201100

STATE OF CALIFORNIA
6630201100

STATE OF CALIFORNIA
6630202400

STATE OF CALIFORNIA
6630201000

X = 6297227.68
Y = 1771171.92

X = 6297152.70
Y = 1776355.52

X = 6297533.73
Y = 1777281.04

X = 6297705.19
Y = 1777749.76

STATE OF CALIFORNIA
DEPARTMENT

POB
X = 6297005.72
Y = 1777982.29

X = 6297714.24
Y = 1777245.51

POB
X = 6297912.31
Y = 1777254.92

X = 6298012.45
Y = 1777250.02

X = 6297993.45
Y = 1773986.61
STATE OF CALIFORNIA
DEPARTMENT

STATE OF CALIFORNIA
6630201400

COUNTY OF SAN DIEGO
6630202500

STATE OF CALIFORNIA PARK
DEPARTMENT

STATE
OF
CALIFORNIA
PARK
6630200600

MONUMENT ROAD

SEC. 5 | SEC. 4
SEC. 8 | SEC. 9

STATE
OF
CALIFORN

GRAPHIC SCALE
1" = 300'
0    150'   300'   450'   600'   750'

# 91X
# ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: County of San Diego

Section 9
Township 19 South, Range 2 West

## SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
OF
ENGINEERS
ALBUQUERQUE DISTRICT

GOAT CANYON
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: State of California

Section 9
Township 19 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
OF
ENGINEERS
ALBUQUERQUE DISTRICT

SCHEDULE "E"
ESTATE TAKEN

The estate taken for Tract Numbers 100, 100-1, 100-1A, and 100-1B, is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

The estate taken for Tract Numbers 105E, 105E-1, 105E-2, and 105E-3 is a perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

The estate taken for Tract 105E-4 is a temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto, including the right to clear, cut fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away, and remove any or all of said land and to place thereon dredge or spoil material; subject to minerals and

1   rights appurtenant thereto, and to existing easements for public roads,

2   highways, public utilities, railroads and pipelines; reserving, however, to

3   the owners, their successors and assigns, the right to use the surface of

4   such land as access to their adjoining land or for any other use consistent

5   with its use as a road.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINE

HUNDRED NINETEEN THOUSAND DOLLARS AND NO/100 ($919,000.00), which sum the

undersigned causes to be deposited herewith in the registry of said court

for the use and benefit of the persons entitled thereto.

1

SCHEDULE "G"

2

NAMES AND ADDRESS OF PURPORTED OWNER:

3

4

State of California

5

California Coastal Conservancy
Office of Counsel

6

11th Floor, 1330 Broadway
Oakland, CA 92101-2427

7

State of California

8

Department of Parks and Recreation
Office of Counsel

9

1416 9th Street
Sacramento, CA 95814

10

California Department of Parks and Recreation

11

Ronnie Clark
District Superintendent
San Diego Coast District

12

4477 Pacific Highway
San Diego, CA. 92110

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "E"
ESTATE TAKEN

The estate taken for Tract Numbers 100, 100-1, 100-1A, and 100-1B, is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.


The estate taken for Tract Numbers 105E, 105E-1, 105E-2, and 105E-3 is a perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.


The estate taken for Tract 105E-4 is a temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto, including the right to clear, cut fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away, and remove any or all of said land and to place thereon dredge or spoil material; subject to minerals and

rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

1

## SCHEDULE "F"
### ESTIMATE OF JUST COMPENSATION

2

3  The sum estimated as just compensation for the land being taken is NINE

4  HUNDRED NINETEEN THOUSAND DOLLARS AND NO/100 ($919,000.00), which sum the

5  undersigned causes to be deposited herewith in the registry of said court

6  for the use and benefit of the persons entitled thereto.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SCHEDULE "G"
NAMES AND ADDRESS OF PURPORTED OWNER:

2

3

4

State of California
California Coastal Conservancy
Office of Counsel
11th Floor, 1330 Broadway
Oakland, CA 92101-2427

5

6

7

State of California
Department of Parks and Recreation
Office of Counsel
1416 9th Street
Sacramento, CA 95814

8

9

10

California Department of Parks and Recreation
Ronnie Clark
District Superintendent
San Diego Coast District
4477 Pacific Highway
San Diego, CA. 92110

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct an all weather patrol road, fencing and security lighting to help secure the United States/Mexico border within the State of California. The land is necessary to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto.

SCHEDULE "C"
LEGAL DESCRIPTIONS

**TRACT 100**

A tract of land situated within Fractional Section 07, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:

Commencing at a survey point on the U.S./Mexico international boundary,

having a coordinate value of N=134919.35 and E=1731258.78.   Thence, along

said boundary, S 84°40'39" W, a distance of 13.29 feet to the Point-of-

Beginning.   Thence, continuing along international boundary, S 84°40'39" W,

a distance of 509.52 feet to a point.

Thence, N 02°01'41" W, a distance of 150.25 feet to a point.

Thence, N 84°42'32" E, a distance of 1221.78 feet to a point.

Thence, N 33°52'11" E, a distance of 122.03 feet to a point.

Thence, N 00°00'00" W, a distance of 154.31 feet to a point.

Thence, N 26°08'49" E, a distance of 207.02 feet to a point.   Said point

being on the section line common to section 7 & 8, T19S, R2W of the San

Bernadino Meridain.

Thence, S 89°51'04" E, a distance of 466.09 feet to a point. Said point

being the intersection of Section 5, 6, 7 & 8, T19S, R2W.

Thence, S 00°48'12" W, along section line common to Section 7 & 8, T19S,

R2W, a distance of 472.38 feet to a point.

Thence, S 84°40'39" W, a distance of 1327.51 feet to a point.


Thence, S 00°48'17" W, a distance of 60.34 feet to the Point-of-Beginning.

Said tract of land containing an area of 9.58 acres more or less.

1  **TRACT 100-1**

2  A tract of land situated within Fractional Section 08, Township 19 South,

3  Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4  California and being described as follow:

5

6  Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7  T19S, R2W, and having a survey coordinate value of N=136881.63 and

8  E=1737811.27.  Thence, S 00°36'22" W, a distance of 1353.24 feet to a point.

9  Said point being on the United States / Mexico International boundary.

10  Thence, along said boundary, S 84°40'38" W, a distance of 1336.62 feet to

11  the Point-of-Beginning.

12  Thence, continuing along said boundary, S 84°40'39" W, a distance of 2680.78

13  feet to a point.

14  Thence, N 00°48'06" E, a distance of 405.13 feet to a point.

15  Thence, S 89°50'42" E, a distance of 721.29 feet to a point.

16  Thence, N 62°12'34" E, a distance of 236.51 feet to a point.

17  Thence, N 89°30'22" E, a distance of 841.62 feet to a point.

18  Thence, N 00°07'14" W, a distance of 201.81 feet to a point.

19  Thence, N 85°04'58" E, a distance of 900.94 feet to a point.

20  Thence, S 00°35'40" W, a distance of 554.49 feet to the Point-of-Beginning.

21  Said tract of land containing an area of 26.93 acres more or less.

22

23

24

25

**TRACT 100-1A**

A tract of land situated within Fractional Section 08, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:


Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

T19S, R2W, and having a survey coordinate value of N=136881.63 and

E=1737811.27.   Thence, S 00°36'22" W, a distance of 1104.67 feet to the

Point-of-Beginning.

Thence, S 00°36'22" W, a distance of 248.56 feet to a point.   Said point

being the United States/Mexico International boundary.

Thence, continuing along said boundary, S 84°40'37" w, a distance of 550.00

feet to a point.

Thence, N 00°36'24" E, a distance of 36.11 feet to a point.

Thence, N 84°51'55" E, a distance of 165.16 feet to a point.

Thence, N 56°25'05" E, a distance of 322.54 feet to a point.

Thence, N 85°05'48" E, a distance of 116.45 feet to the Point-of-Beginning.

Said tract of land containing an area of 2.08 acres more or less.

1  **TRACT 100-1B**

2  A tract of land situated within Fractional Section 08, Township 19 South,

3  Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4  California and being described as follow:

5

6  Commencing at a survey point on the U.S./Mexico international boundary,

7  having a coordinate value of N=135457.27 and E=1737032.82.   Thence, N

8  69°39'41" E, a distance of 231.59 feet to the Point-of-Beginning.

9

10  Thence, S 84°40'39" W, a distance of 786.63 feet to a point.

11  Thence, N 00°35'40" E, a distance of 494.17 feet to a point.

12  Thence, N 84°51'55" E, a distance of 76.28 feet to a point.

13  Thence, S 36°22'42" E, a distance of 530.06 feet to a point.

14  Thence, N 84°51'55" E, a distance of 389.70 feet to a point.

15  Thence, S 00°36'24" W, a distance of 36.11 feet to the Point-of-Beginning.

16  Said tract of land containing an area of 3.13 acres more or less.

17

18

19

20

21

22

23

24

25

1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7140

6  Attorneys for Plaintiff

FILED

08 MAR 18 PM 4:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

DEPUTY

'08 CV 0506 J RBB

7                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA          )
                                     )
10           Plaintiff,              )    DECLARATION OF TAKING
                                     )
11      vs.                          )
                                     )
12  53.14 ACRES OF LAND, MORE OR LESS, )    CIVIL
                                     )
13  SITUATE IN SAN DIEGO COUNTY, STATE OF )
                                     )
14  CALIFORNIA; and THE STATE OF CALIFORNIA

15           Defendants

16  _____

17       I, Robert Janson, Acting Executive Director, Asset Management,

18  Department of Homeland Security, U.S. Customs and Border Protection, under

19  the authority delegated to me by the Act of Congress approved November 25,

20  2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C.

21  Sections 202, 251, 551, and 557, which transferred certain authorities of

22  the Attorney General to the Secretary of Homeland Security; and by DHS

23  Delegation No. 7010.3(II)(B), which delegated land acquisition authority

24  from the Secretary of Homeland Security to the Commissioner of U.S. Customs

25  and Border Protection; and by CBP Delegation 05-006, which delegated land

    acquisition authority to the Executive Director of Asset Management, do

    hereby make the following declaration:

                        Declaration of Taking - 1

1.    The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

2.    The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof.  The said land has been selected under my direction for acquisition by the United States for the above-referenced project in San Diego County, State of California.

3.    A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4.    A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5.    The estates taken is described on Schedule "E" attached hereto and made a part hereof.

6.    The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof.  The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7.    The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

1  IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Asset

2  Management, Department of Homeland Security, U.S. Customs and Border

3  Protection, hereunto subscribes his name by direction of the Secretary of

4  the Department of Homeland Security, this 24th day of January, 2007

5  in the City of Washington, District of Columbia.

7

8  Robert Janson

9  Executive Director, Asset Management
   Department of Homeland Security
10  U.S. Customs and Border Protection

Declaration of Taking - 3

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 18, 2005, as Public Law 109-90, Title II, 119 Stat. 2064, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct an all weather patrol road, fencing and security lighting to help secure the United States/Mexico border within the State of California. The land is necessary to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto.

1

SCHEDULE "C"
LEGAL DESCRIPTIONS

2

**TRACT 100**

3

A tract of land situated within Fractional Section 07, Township 19 South,

4

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

5

California and being described as follow:

6

Commencing at a survey point on the U.S./Mexico international boundary,

7

having a coordinate value of N=134919.35 and E=1731258.78. Thence, along

8

said boundary, S 84°40'39" W, a distance of 13.29 feet to the Point-of-

9

Beginning. Thence, continuing along international boundary, S 84°40'39" W,

10

a distance of 509.52 feet to a point.

11

Thence, N 02°01'41" W, a distance of 150.25 feet to a point.

12

Thence, N 84°42'32" E, a distance of 1221.78 feet to a point.

13

Thence, N 33°52'11" E, a distance of 122.03 feet to a point.

14

Thence, N 00°00'00" W, a distance of 154.31 feet to a point.

15

Thence, N 26°08'49" E, a distance of 207.02 feet to a point. Said point

16

being on the section line common to section 7 & 8, T19S, R2W of the San

17

Bernadino Meridain.

18

Thence, S 89°51'04" E, a distance of 466.09 feet to a point. Said point

19

being the intersection of Section 5, 6, 7 & 8, T19S, R2W.

20

Thence, S 00°48'12" W, along section line common to Section 7 & 8, T19S,

21

R2W, a distance of 472.38 feet to a point.

22

Thence, S 84°40'39" W, a distance of 1327.51 feet to a point.

23

24

Thence, S 00°48'17" W, a distance of 60.34 feet to the Point-of-Beginning.

25

Said tract of land containing an area of 9.58 acres more or less.

Declaration of Taking - 6

1  **TRACT 100-1**

2  A tract of land situated within Fractional Section 08, Township 19 South,

3  Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4  California and being described as follow:

5

6  Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7  T19S, R2W, and having a survey coordinate value of N=136881.63 and

8  E=1737811.27.  Thence, S 00°36'22" W, a distance of 1353.24 feet to a point.

9  Said point being on the United States / Mexico International boundary.

10  Thence, along said boundary, S 84°40'38" W, a distance of 1336.62 feet to

11  the Point-of-Beginning.

12  Thence, continuing along said boundary, S 84°40'39" W, a distance of 2680.78

13  feet to a point.

14  Thence, N 00°48'06" E, a distance of 405.13 feet to a point.

15  Thence, S 89°50'42" E, a distance of 721.29 feet to a point.

16  Thence, N 62°12'34" E, a distance of 236.51 feet to a point.

17  Thence, N 89°30'22" E, a distance of 841.62 feet to a point.

18  Thence, N 00°07'14" W, a distance of 201.81 feet to a point.

19  Thence, N 85°04'58" E, a distance of 900.94 feet to a point.

20  Thence, S 00°35'40" W, a distance of 554.49 feet to the Point-of-Beginning.

21  Said tract of land containing an area of 26.93 acres more or less.

22

23

24

25

**TRACT 100-1A**

A tract of land situated within Fractional Section 08, Township 19 South,

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

California and being described as follow:


Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

T19S, R2W, and having a survey coordinate value of N=136881.63 and

E=1737811.27.  Thence, S 00°36'22" W, a distance of 1104.67 feet to the

Point-of-Beginning.

Thence, S 00°36'22" W, a distance of 248.56 feet to a point.  Said point

being the United States/Mexico International boundary.

Thence, continuing along said boundary, S 84°40'37" w, a distance of 550.00

feet to a point.

Thence, N 00°36'24" E, a distance of 36.11 feet to a point.

Thence, N 84°51'55" E, a distance of 165.16 feet to a point.

Thence, N 56°25'05" E, a distance of 322.54 feet to a point.

Thence, N 85°05'48" E, a distance of 116.45 feet to the Point-of-Beginning.

Said tract of land containing an area of 2.08 acres more or less.

1  **TRACT 100-1B**

2  A tract of land situated within Fractional Section 08, Township 19 South,

3  Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4  California and being described as follow:

5

6  Commencing at a survey point on the U.S./Mexico international boundary,

7  having a coordinate value of N=135457.27 and E=1737032.82.  Thence, N

8  69°39'41" E, a distance of 231.59 feet to the Point-of-Beginning.

9

10  Thence, S 84°40'39" W, a distance of 786.63 feet to a point.

11  Thence, N 00°35'40" E, a distance of 494.17 feet to a point.

12  Thence, N 84°51'55" E, a distance of 76.28 feet to a point.

13  Thence, S 36°22'42" E, a distance of 530.06 feet to a point.

14  Thence, N 84°51'55" E, a distance of 389.70 feet to a point.

15  Thence, S 00°36'24" W, a distance of 36.11 feet to the Point-of-Beginning.

16  Said tract of land containing an area of 3.13 acres more or less.

17

18

19

20

21

22

23

24

25

**Tract No.:105E**

    A strip of land situated within Section 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6630200100 and 6630201100 being described as follows:

Said strip of land being approximately 427.98 feet in length and 50.00 feet in width, parallel to 25.00 feet to the right of and 25.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the easterly right-of-way of Monument Road.  Said point having a coordinate value of X= 6295113.83, Y= 1776089.74.

Thence, in an easterly direction approximately 263.14 feet to a point.  Said point having a coordinate value of X=6295373.48 & Y=1776078.70.

Thence, along an arc of a curve to the right of, a distance of approximately 164.84 feet to a Point-of-Termination.  Said point having a coordinate value of X=6295477.18 & Y=1775997.18.

    Said strip of land containing an area of 0.49 acres, more or less.

**Tract No.: 105E-1**

A strip of land situated within Section 5 & 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6630200600, 6620202500, 6620202000, 6630200400 and 6620202400 being described as follows:

Said strip of land being approximately 2803.69 feet in length and 60.00 feet in width, parallel to 30.00 feet to the right of and 30.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the southerly right-of-way of Monument Road. Said point having a coordinate value of X= 6297484.26 & Y= 1778591.81.

Thence, in a southwesterly direction approximately 240.86 feet to a point. Said point having a coordinate value of X=6297397.20 & Y=1778376.26.

Thence, along an arc of a curve to the left, a distance of approximately 242.77 feet to a point. Said point having a coordinate value of X=6297439.77 & Y=1778163.20.

Thence, continuing along the meanders of said centerline in a southeasterly direction, a distance of approximately 1363.81 feet to a point. Said point having a coordinate value of X=6298621.66 & Y= 1777484.34.

Thence, along an arc of a curve to the right, a distance of approximately 121.65 feet to a point. Said point having a coordinate value of X=6298690.55 & Y=1777388.07.

1   Thence, continuing along the meanders of said centerline in a southeasterly

2   direction, a distance of approximately 248.05 feet to a point.  Said point

3   having a coordinate value of X=6298743.59 & Y= 1777145.76.

4   Thence, along an arc of a curve to the left, a distance of approximately

5   190.58 feet to a point.  Said point having a coordinate value of

6   X=6298854.90 & Y=1776999.62.

7   Thence, continuing along the meanders of said centerline in a southeasterly

8   direction, a distance of approximately 395.97 feet to the Point-of-

9   Termination.  Said point having a coordinate value of X=6299212.51 & Y=

10  1776829.60.

11      Said strip of land containing an area of 3.86 acres, more or less.

1    **Tract No.:105E-2**

2

3        A strip of land situated within Sections 5 and 8, Township 19 South,

4    Range 2 West of the California Principle Meridian, County of San Diego,

5    State of California, and having an APN 6620202400 and 6620202000 being

6    described as follows:

7

8    Said strip of land being approximately 675.38 feet in length and 50.00 feet

9    in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10   of and measured at right angles to the following described centerline:

11

12   Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13   R2W.   Thence, N 67°01'26" W, a distance of approximately 1425.36 feet to the

14   Point-of -Beginning.  Said point having a coordinate value of X= 6297905.72,

15   Y= 1777882.39.

16   Thence, in a southwesterly direction approximately 439.53 feet to a point.

17   Said point having a coordinate value of X=6297828.19 & Y=1777449.75.

18   Thence, along an arc of a curve to the left of, a distance of approximately

19   74.98 feet to a point.  Said point having a coordinate value of X=6297863.65

20   & Y=1777389.61.

21   Thence, continuing along the meanders of said centerline in a southeasterly

22   direction, a distance of approximately 160.86 feet to a Point-of-

23   Termination.  Said point having a coordinate value of X=6298012.45 &

24   Y=1777330.02.

25

            Said strip of land containing an area of 0.78 acres, more or less.

1   **Tract No.:105E-3**

2

3        A strip of land situated within Sections 5 and 8, Township 19 South,

4   Range 2 West of the California Principle Meridian, County of San Diego,

5   State of California, and having an APN 6620202000, 6620202400, 6630201400

6   and 6630201000 being described as follows:

7

8   Said strip of land being approximately 1697.38 feet in length and 50.00 feet

9   in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10  of and measured at right angles to the following described centerline:

11

12  Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13  R2W.  Thence, N 88°17'33" W, a distance of approximately 1306.27 feet to the

14  Point-of -Beginning.  Said point having a coordinate value of X= 6297912.31,

15  Y= 1777364.92.

16  Thence, in a southwesterly direction approximately 157.41 feet to a point.

17  Said point having a coordinate value of X=6297795.96 & Y=1777261.94.

18  Thence, along an arc of a curve to the right of, a distance of approximately

19  86.74 feet to a point.  Said point having a coordinate value of X=6297714.24

20  & Y=1777240.51.

21  Thence, continuing along the meanders of said centerline in a northwesterly

22  direction, a distance of approximately 389.93 feet to a Point-of-

23  Termination.  Said point having a coordinate value of X=629732.73 &

24  Y=1777308.83.

25

1  Thence, along an arc of a curve to the left of, a distance of approximately

2  216.99 feet to a point.  Said point having a coordinate value of

3  X=6297227.68 & Y=1777171.82.

4  Thence, continuing along the meanders of said centerline in a southwesterly

5  direction, a distance of approximately 846.31 feet to a Point-of-

6  Termination.  Said point having a coordinate value of X=6297132.70 &

7  Y=1776335.92.

8

9  Said strip of land containing an area of 1.93 acres, more or less.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  **Tract No.:105E-4**

2

3       A tract of land situated within Section 5 & 8, Township 19 South,

   Range 2 West of the California Principle Meridian, County of San Diego,

4

   State of California, and having an APN 6620201900, 6620202000, 6630201400

5

   and 6630201000 being described as follows:

6

7

   Commencing at the intersection of Sec 5 common to Sec 4, 8 and 9, T 19 S, R

8

   2 W.  Thence, N 84°50'15" W a distance of approximately 1360.43 feet to the

9

   Point-of-Beginning.  Said point having a coordinate value of X=6297862.29 &

10

   Y=1777448.39.

11

   Thence, S 60°45'04" E, a distance of 186.51 feet to a point.

12

   Thence, S 24°56'12" W, a distance of 59.92 feet to a point.

13

   Thence, S 49°49'10" W, a distance of 49.80 feet to a point.

14

   Thence, N 88°53'38" W, a distance of 79.09 feet to a point.

15

   Thence, S 51°22'22" W, a distance of 127.21 feet to a point.

16

   Thence, N 80°48'42" W, a distance of 157.24 feet to a point.

17

   Thence, S 68°59'55" W, a distance of 115.39 feet to a point.

18

   Thence, S 80°29'23" W, a distance of 66.22 feet to a point.

19

   Thence, S 89°21'36" W, a distance of 195.61 feet to a point.

20

   Thence, S 66°33'11" W, a distance of 61.98 feet to a point.

21

   Thence, N 10°56'04" W, a distance of 111.40 feet to a point.

22

   Thence, N 04°02'34" E, a distance of 129.36 feet to a point.

23

   Thence, N 60°32'41" E, a distance of 91.94 feet to a point.

24

   Thence, S 83°10'08" E, a distance of 216.28 feet to a point.

25

1  Thence, S 67°06'09" E, a distance of 213.97 feet to a point.

2  Thence, N 39°39'11" E, a distance of 183.56 feet to a point.

3  Thence, S 84°02'06" E, a distance of 63.97 feet to a point.

4

5  Said strip of land containing an area of 3.65 acres, more or less.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           SCHEDULE "D"

2                     See the attached plat

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25















91X
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: County of San Diego

Section 9
Township 19 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)



91X
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: County of San Diego

Section 9
Township 19 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
ENGINEERS
ALBUQUERQUE DISTRICT



GOAT CANYON
ACCESS ROAD

PERPETUAL ACCESS
EASEMENT

Property of: State of California

Section 9
Township 19 South, Range 2 West

SAN DIEGO COUNTY

CALIFORNIA
STATE PLANE
ZONE 6
NAD 83 (feet)

Date: 09/22/07

U.S. ARMY CORPS
ENGINEERS
ALBUQUERQUE DISTRICT

SCHEDULE "E"
ESTATE TAKEN

The estate taken for Tract Numbers 100, 100-1, 100-1A, and 100-1B, is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

The estate taken for Tract Numbers 105E, 105E-1, 105E-2, and 105E-3 is a perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

The estate taken for Tract 105E-4 is a temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto, including the right to clear, cut fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away, and remove any or all of said land and to place thereon dredge or spoil material; subject to minerals and

1  rights appurtenant thereto, and to existing easements for public roads,

2  highways, public utilities, railroads and pipelines; reserving, however, to

3  the owners, their successors and assigns, the right to use the surface of

4  such land as access to their adjoining land or for any other use consistent

5  with its use as a road.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is NINE HUNDRED NINETEEN THOUSAND DOLLARS AND NO/100 ($919,000.00), which sum the undersigned causes to be deposited herewith in the registry of said court for the use and benefit of the persons entitled thereto.

1

SCHEDULE "G"

2              NAMES AND ADDRESS OF PURPORTED OWNER:

3

4    State of California
5    California Coastal Conservancy
     Office of Counsel
6    11th Floor, 1330 Broadway
     Oakland, CA 92101-2427

7
     State of California
8    Department of Parks and Recreation
     Office of Counsel
9    1416 9th Street
     Sacramento, CA 95814

10
     California Department of Parks and Recreation
11   Ronnie Clark
     District Superintendent
12   San Diego Coast District
     4477 Pacific Highway
13   San Diego, CA. 92110

14

15

16

17

18

19

20

21

22

23

24

25