ORIGINAL

FILED

08 MAR 19 PM 4:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for the Plaintiff

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Civil No. 08CV0506-J(RBB) |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASES [Civil Local Rule 40.1(e)] |
| 53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES, | |
| Defendants. | |

PLEASE TAKE NOTICE that the above-captioned case is related to **United States v. 127.60 Acres of Land et al.**, Civil Case No. 06CV1670-W(NLS) (filed 08/17/06) and **United States v. 14.30 Acres of Land et al.**, Civil Case No. 07CV0886-W(JMA) (filed 05/16/07). Each case is a condemnation action brought under the Declaration of Taking Act. The United States of America is Plaintiff in each case. All three cases arise from substantially identical transactions, namely, the taking by the United States of estates in land to implement the congressional directive to secure the border between the United States and Mexico. The principal factual issue in each case is the value of the estate taken by the United States. The subject properties in each case are adjacent to each other, share common boundaries and are of the same character. Therefore, it is expected that the valuation of each property will be determined by the same or very similar facts. Further, the cases call for determination of the

1  same or similar questions of law. Because of the similarity of facts and issues, the handling of these
2  cases by one judge will avoid substantial duplication of labor, potentially inconsistent decisions and will
3  conserve the resources of the court. The handling of these cases by one magistrate judge would also
4  facilitate settlement discussions regarding the just compensation for the estates taken.

5      It is therefore requested that the above-captioned case be re-assigned to District Judge Thomas
6  J. Whelan and Magistrate Judge Nita L. Stormes for all further proceedings.

8  DATED: March 19, 2008              Respectfully submitted,

9                                    KAREN P. HEWITT
                                  United States Attorney

s/ Tom Stahl

TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
Attorneys for Plaintiff
Email: thomas.stahl@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES,<br><br>          Defendants. | Civil No. 08CV0506-J(RBB)<br><br>PROOF OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED that:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

NOTICE OF RELATED CASES

to be made by depositing in the United States mail, at San Diego, California, in an envelope bearing the requisite postage and addressed to the parties listed below:

County of San Diego
Judith A. McDonough
Senior Deputy County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101

Timothy & Sheryl Lee Lichty, Co-Trustees
Michael E. Quinton
QUINTON & PETIX
402 West Broadway, Suite 400
San Diego, CA 92101

California Department of Parks & Recreation
Ellyn S. Levinson
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

California State Coastal Conservancy
Patricia Sheehan Peterson
Deputy Attorney General
1515 Clay Street, Suite 200
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald