KAREN P. HEWITT
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7140
Facsimile: (619) 557-5004
Email: thomas.stahl@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | Case No. : 08cv0506 J (RBB) |
| Plaintiff, | ) ) | NOTICE OF CONDEMNATION [Fed. R. Civ. P. 71A] |
| v. | ) ) | |
| 53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; AND OTHER INTERESTED PARTIES, | ) ) ) ) ) | |
| Defendants. | ) ) | |

TO: All those persons and entities listed in Schedule G, attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Southern District of California to condemn certain estates, described in Schedule "E" attached hereto, for public uses in the property described in Schedule "C" attached hereto. The authority for the taking is set forth in Schedule "A", attached hereto. The uses for which the property is to be taken are set forth in Schedule "B" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty (20) days after service of this Notice upon you, exclusive of the date of service, an

Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation.  It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED:   March 20, 2008          KAREN P. HEWITT
                                 United States Attorney

                                 s/ Tom Stahl


                                 TOM STAHL
                                 Assistant U. S. Attorney
                                 Chief, Civil Division

                                 Attorneys for Plaintiff

1

2

SCHEDULE "A"
AUTHORITY FOR THE TAKING

3    The property is taken under and in accordance with the Act of Congress

4    approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C.

5    Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat.

6    357 and codified at 40 U.S.C. Section 3113, and any acts supplementary

7    thereto and amendatory thereof; the Act of Congress approved September 30,

1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-

8    554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act

9    of Congress approved October 18, 2005, as Public Law 109-90, Title II, 119

10    Stat. 2064, which appropriated the funds which shall be used for the taking.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

SCHEDULE "B".
PUBLIC PURPOSE

2

3

4

5

6

7

The public purpose for which said property is taken is to construct an all weather patrol road, fencing and security lighting to help secure the United States/Mexico border within the State of California. The land is necessary to provide control and guard the boundaries and borders of the United States in connection with the Border Infrastructure System and for other uses incident thereto.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4          Notice of Condemnation  08cv0506

1

SCHEDULE "C"
LEGAL DESCRIPTIONS

2

**TRACT 100**

3

A tract of land situated within Fractional Section 07, Township 19 South,

4

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

5

California and being described as follow:

6

Commencing at a survey point on the U.S./Mexico international boundary,

7

having a coordinate value of N=134919.35 and E=1731258.78.    Thence, along

8

said boundary, S 84°40'39" W, a distance of 13.29 feet to the Point-of-

9

Beginning.    Thence, continuing along international boundary, S 84°40'39" W,

10

a distance of 509.52 feet to a point.

11

Thence, N 02°01'41" W, a distance of 150.25 feet to a point.

12

Thence, N 84°42'32" E, a distance of 1221.78 feet to a point.

13

Thence, N 33°52'11" E, a distance of 122.03 feet to a point.

14

Thence, N 00°00'00" W, a distance of 154.31 feet to a point.

15

Thence, N 26°08'49" E, a distance of 207.02 feet to a point.    Said point

16

being on the section line common to section 7 & 8, T19S, R2W of the San

17

Bernadino Meridain.

18

Thence, S 89°51'04" E, a distance of 466.09 feet to a point. Said point

19

being the intersection of Section 5, 6, 7 & 8, T19S, R2W.

20

Thence, S 00°48'12" W, along section line common to Section 7 & 8, T19S,

21

R2W, a distance of 472.38 feet to a point.

22

Thence, S 84°40'39" W, a distance of 1327.51 feet to a point.

23

24

Thence, S 00°48'17" W, a distance of 60.34 feet to the Point-of-Beginning.

25

Said tract of land containing an area of 9.58 acres more or less.

1 | **TRACT 100-1**

2 | A tract of land situated within Fractional Section 08, Township 19 South,

3 | Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4 | California and being described as follow:

5 |

6 | Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7 | T19S, R2W, and having a survey coordinate value of N=136881.63 and

8 | E=1737811.27.  Thence, S 00°36'22" W, a distance of 1353.24 feet to a point.

9 | Said point being on the United States / Mexico International boundary.

10 | Thence, along said boundary, S 84°40'38" W, a distance of 1336.62 feet to

11 | the Point-of-Beginning.

12 | Thence, continuing along said boundary, S 84°40'39" W, a distance of 2680.78

13 | feet to a point.

14 | Thence, N 00°48'06" E, a distance of 405.13 feet to a point.

15 | Thence, S 89°50'42" E, a distance of 721.29 feet to a point.

16 | Thence, N 62°12'34" E, a distance of 236.51 feet to a point.

17 | Thence, N 89°30'22" E, a distance of 841.62 feet to a point.

18 | Thence, N 00°07'14" W, a distance of 201.81 feet to a point.

19 | Thence, N 85°04'58" E, a distance of 900.94 feet to a point.

20 | Thence, S 00°35'40" W, a distance of 554.49 feet to the Point-of-Beginning.

21 | Said tract of land containing an area of 26.93 acres more or less.

22 |

23 |

24 |

25 |

6

1 | **TRACT 100-1A**

2 | A tract of land situated within Fractional Section 08, Township 19 South,

3 | Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4 | California and being described as follow:

5 |

6 | Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7 | T19S, R2W, and having a survey coordinate value of N=136881.63 and

8 | E=1737811.27.  Thence, S 00°36'22" W, a distance of 1104.67 feet to the

9 | Point-of-Beginning.

10 | Thence, S 00°36'22" W, a distance of 248.56 feet to a point.  Said point

11 | being the United States/Mexico International boundary.

12 | Thence, continuing along said boundary, S 84°40'37" w, a distance of 550.00

13 | feet to a point.

14 | Thence, N 00°36'24" E, a distance of 36.11 feet to a point.

15 | Thence, N 84°51'55" E, a distance of 165.16 feet to a point.

16 | Thence, N 56°25'05" E, a distance of 322.54 feet to a point.

17 | Thence, N 85°05'48" E, a distance of 116.45 feet to the Point-of-Beginning.

18 | Said tract of land containing an area of 2.08 acres more or less.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1 **TRACT 100-1B**

2 A tract of land situated within Fractional Section 08, Township 19 South,

3 Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4 California and being described as follow:

5

6 Commencing at a survey point on the U.S./Mexico international boundary,

7 having a coordinate value of N=135457.27 and E=1737032.82.  Thence, N

8 69°39'41" E, a distance of 231.59 feet to the Point-of-Beginning.

9

10 Thence, S 84°40'39" W, a distance of 786.63 feet to a point.

11 Thence, N 00°35'40" E, a distance of 494.17 feet to a point.

12 Thence, N 84°51'55" E, a distance of 76.28 feet to a point.

13 Thence, S 36°22'42" E, a distance of 530.06 feet to a point.

14 Thence, N 84°51'55" E, a distance of 389.70 feet to a point.

15 Thence, S 00°36'24" W, a distance of 36.11 feet to the Point-of-Beginning.

16 Said tract of land containing an area of 3.13 acres more or less.

17

18

19

20

21

22

23

24

25

8                    Notice of Condemnation  08cv0506

**Tract No.:105E**

    A strip of land situated within Section 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6630200100 and 6630201100 being described as follows:

Said strip of land being approximately 427.98 feet in length and 50.00 feet in width, parallel to 25.00 feet to the right of and 25.00 feet to the left of and measured at right angles to the following described centerline:

Beginning at a point on the easterly right-of-way of Monument Road.  Said point having a coordinate value of X= 6295113.83, Y= 1776089.74.

Thence, in an easterly direction approximately 263.14 feet to a point.  Said point having a coordinate value of X=6295373.48 & Y=1776078.70.

Thence, along an arc of a curve to the right of, a distance of approximately 164.84 feet to a Point-of-Termination.  Said point having a coordinate value of X=6295477.18 & Y=1775997.18.

    Said strip of land containing an area of 0.49 acres, more or less.

1  **Tract No.: 105E-1**

2

3      A strip of land situated within Section 5 & 8, Township 19 South,

Range 2 West of the California Principle Meridian, County of San Diego,

4

State of California, and having an APN 6630200600, 6620202500, 6620202000,

5

6630200400 and 6620202400 being described as follows:

6

7

Said strip of land being approximately 2803.69 feet in length and 60.00 feet

8

in width, parallel to 30.00 feet to the right of and 30.00 feet to the left

9

of and measured at right angles to the following described centerline:

10

11

Beginning at a point on the southerly right-of-way of Monument Road.  Said

12

point having a coordinate value of X= 6297484.26 & Y= 1778591.81.

13

Thence, in a southwesterly direction approximately 240.86 feet to a point.

14

Said point having a coordinate value of X=6297397.20 & Y=1778376.26.

15

Thence, along an arc of a curve to the left, a distance of approximately

16

242.77 feet to a point.  Said point having a coordinate value of

17

X=6297439.77 & Y=1778163.20.

18

Thence, continuing along the meanders of said centerline in a southeasterly

19

direction, a distance of approximately 1363.81 feet to a point.  Said point

20

having a coordinate value of X=6298621.66 & Y= 1777484.34.

21

Thence, along an arc of a curve to the right, a distance of approximately

22

121.65 feet to a point.  Said point having a coordinate value of

23

X=6298690.55 & Y=1777388.07.

24

25

10                    Notice of Condemnation  08cv0506

1   Thence, continuing along the meanders of said centerline in a southeasterly

2   direction, a distance of approximately 248.05 feet to a point.  Said point

3   having a coordinate value of X=6298743.59 & Y= 1777145.76.

4   Thence, along an arc of a curve to the left, a distance of approximately

5   190.58 feet to a point.  Said point having a coordinate value of

6   X=6298854.90 & Y=1776999.62.

7   Thence, continuing along the meanders of said centerline in a southeasterly

8   direction, a distance of approximately 395.97 feet to the Point-of-

9   Termination.  Said point having a coordinate value of X=6299212.51 & Y=

10   1776829.60.

11      Said strip of land containing an area of 3.86 acres, more or less.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Condemnation  08cv0506

1 | **Tract No.:105E-2**

2

3      A strip of land situated within Sections 5 and 8, Township 19 South,

4   Range 2 West of the California Principle Meridian, County of San Diego,

5   State of California, and having an APN 6620202400 and 6620202000 being

6   described as follows:

7

8   Said strip of land being approximately 675.38 feet in length and 50.00 feet

9   in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10  of and measured at right angles to the following described centerline:

11

12  Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13  R2W.    Thence, N 67°01'26" W, a distance of approximately 1425.36 feet to the

14  Point-of -Beginning.  Said point having a coordinate value of X= 6297905.72,

15  Y= 1777882.39.

16  Thence, in a southwesterly direction approximately 439.53 feet to a point.

17  Said point having a coordinate value of X=6297828.19 & Y=1777449.75.

18  Thence, along an arc of a curve to the left of, a distance of approximately

19  74.98 feet to a point.  Said point having a coordinate value of X=6297863.65

20  & Y=1777389.61.

21  Thence, continuing along the meanders of said centerline in a southeasterly

22  direction, a distance of approximately 160.86 feet to a Point-of-

23  Termination.  Said point having a coordinate value of X=6298012.45 &

24  Y=1777330.02.

25

       Said strip of land containing an area of 0.78 acres, more or less.

1    **Tract No.:105E-3**

2

3        A strip of land situated within Sections 5 and 8, Township 19 South,

4    Range 2 West of the California Principle Meridian, County of San Diego,

5    State of California, and having an APN 6620202000, 6620202400, 6630201400

6    and 6630201000 being described as follows:

7

8    Said strip of land being approximately 1697.38 feet in length and 50.00 feet

9    in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10    of and measured at right angles to the following described centerline:

11

12    Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13    R2W.   Thence, N 88°17'33" W, a distance of approximately 1306.27 feet to the

14    Point-of -Beginning.   Said point having a coordinate value of X= 6297912.31,

15    Y= 1777364.92.

16    Thence, in a southwesterly direction approximately 157.41 feet to a point.

17    Said point having a coordinate value of X=6297795.96 & Y=1777261.94.

18    Thence, along an arc of a curve to the right of, a distance of approximately

19    86.74 feet to a point.   Said point having a coordinate value of X=6297714.24

20    & Y=1777240.51.

21    Thence, continuing along the meanders of said centerline in a northwesterly

22    direction, a distance of approximately 389.93 feet to a Point-of-

23    Termination.   Said point having a coordinate value of X=629732.73 &

24    Y=1777308.83.

25

Notice of Condemnation  08cv0506

1  Thence, along an arc of a curve to the left of, a distance of approximately

2  216.99 feet to a point.  Said point having a coordinate value of

3  X=6297227.68 & Y=1777171.82.

4  Thence, continuing along the meanders of said centerline in a southwesterly

5  direction, a distance of approximately 846.31 feet to a Point-of-

6  Termination.  Said point having a coordinate value of X=6297132.70 &

7  Y=1776335.92.

8

9  Said strip of land containing an area of 1.93 acres, more or less.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Tract No.:105E-4**

A tract of land situated within Section 5 & 8, Township 19 South, Range 2 West of the California Principle Meridian, County of San Diego, State of California, and having an APN 6620201900, 6620202000, 6630201400 and 6630201000 being described as follows:

Commencing at the intersection of Sec 5 common to Sec 4, 8 and 9, T 19 S, R 2 W.   Thence, N 84°50'15" W a distance of approximately 1360.43 feet to the Point-of-Beginning.   Said point having a coordinate value of X=6297862.29 & Y=1777448.39.

Thence, S 60°45'04" E, a distance of 186.51 feet to a point.

Thence, S 24°56'12" W, a distance of 59.92 feet to a point.

Thence, S 49°49'10" W, a distance of 49.80 feet to a point.

Thence, N 88°53'38" W, a distance of 79.09 feet to a point.

Thence, S 51°22'22" W, a distance of 127.21 feet to a point.

Thence, N 80°48'42" W, a distance of 157.24 feet to a point.

Thence, S 68°59'55" W, a distance of 115.39 feet to a point.

Thence, S 80°29'23" W, a distance of 66.22 feet to a point.

Thence, S 89°21'36" W, a distance of 195.61 feet to a point.

Thence, S 66°33'11" W, a distance of 61.98 feet to a point.

Thence, N 10°56'04" W, a distance of 111.40 feet to a point.

Thence, N 04°02'34" E, a distance of 129.36 feet to a point.

Thence, N 60°32'41" E, a distance of 91.94 feet to a point.

Thence, S 83°10'08" E, a distance of 216.28 feet to a point.

1    Thence, S 67°06'09" E, a distance of 213.97 feet to a point.

2    Thence, N 39°39'11" E, a distance of 183.56 feet to a point.

3    Thence, S 84°02'06" E, a distance of 63.97 feet to a point.

4

5    Said strip of land containing an area of 3.65 acres, more or less.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Condemnation   08cv0506

SCHEDULE "E"
ESTATE TAKEN

The estate taken for Tract Numbers 100, 100-1, 100-1A, and 100-1B, is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

The estate taken for Tract Numbers 105E, 105E-1, 105E-2, and 105E-3 is a perpetual and assignable easement and right-of-way in, over and across the land described in Schedule "C" for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto; together with the right to trim or remove any vegetative or structural obstacles that interfere with the right-of-way; subject to minerals and rights appurtenant thereto, and to existing easements for public roads, highways, public utilities, railroads and pipelines; reserving, however, to the owners, their successors and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

The estate taken for Tract 105E-4 is a temporary and assignable easement and right-of-way in, over and across the land described in Schedule "C" for a period not to exceed two years, beginning with date possession of the land is granted to the United States, for the location, construction, operation, maintenance, alteration and replacement of roads and appurtenances thereto, including the right to clear, cut fell, remove and dispose of any and all timber, trees, underbrush, buildings, improvements and/or other obstructions therefrom; to excavate, dredge, cut away, and remove any or all of said land and to place thereon dredge or spoil material; subject to minerals and

1 | rights appurtenant thereto, and to existing easements for public roads,
2 | highways, public utilities, railroads and pipelines; reserving, however, to
3 | the owners, their successors and assigns, the right to use the surface of
4 | such land as access to their adjoining land or for any other use consistent
5 | with its use as a road.

18                    Notice of Condemnation   08cv0506

1

SCHEDULE "G"
NAMES AND ADDRESS OF PURPORTED OWNER:

2

3

4

State of California
California Coastal Conservancy
5    Office of Counsel
11th Floor, 1330 Broadway
6    Oakland, CA 92101-2427

7

State of California
Department of Parks and Recreation
8    Office of Counsel
1416 9th Street
9    Sacramento, CA 95814

10

California Department of Parks and Recreation
Ronnie Clark
11    District Superintendent
San Diego Coast District
12    4477 Pacific Highway
San Diego, CA. 92110

13

14

15

16

17

18

19

20

21

22

23

24

25

19          Notice of Condemnation    08cv0506

1

2                              UNITED STATES DISTRICT COURT

3                            SOUTHERN DISTRICT OF CALIFORNIA

4

       THE UNITED STATES OF AMERICA,        )        Civil No. 08CV0506-J(RBB)
5                                           )
                           Plaintiff,       )
6                                           )
              v.                            )        PROOF OF SERVICE BY MAIL
7                                           )
       53.14 ACRES OF LAND, more or less,   )
8      situated in San Diego County, State of )
       California; and THE STATE OF         )
9      CALIFORNIA; and OTHER INTERESTED)
       PARTIES,                             )
10                                          )
                           Defendants.      )
11     _____ )

12            IT IS HEREBY CERTIFIED that:

13            I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
       business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party
14     to the above-entitled action. I have caused service of:

15            NOTICE OF CONDEMNATION (FED. R. Civ. P. 71A)

16     to be made by depositing in the United States mail, at San Diego, California, in an envelope bearing the
       requisite postage and addressed to the parties listed below:
17
       State of California                          State of California
18     California Coastal Conservancy               Department of Parks and Recreation
       Office of Counsel                            Office of Counsel
19     11th Floor, 1330 Broadway                    1416 9th Street
       Oakland, CA 92101-2427                       Sacramento, CA 95814
20
       California Department of Parks and Recreation
21     Ronnie Clark
       District Superintendent
22     San Diego Coast District
       4477 Pacific Highway
23     San Diego, CA 92110

24
       I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2008.
25

26                                                  Lon Aragon MacDonald
                                                    Lori Aragon MacDonald
27

28
                                                    Proof of Service by Mail re: Not. of Condemnation    08cv0506