1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Facsimile: (619) 557-5004
   Email: thomas.stahl@usdoj.gov
7
   Attorneys for the Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  THE UNITED STATES OF AMERICA,        )  Case No. : 08cv0506 J (RBB)
                                         )
12            Plaintiff,                 )  NOTICE OF DEPOSIT OF
                                         )  ESTIMATED JUST COMPENSATION
13       v.                              )
                                         )
14  53.14 ACRES OF LAND, more or less, situated in )
    San Diego County, State of California; and THE )
15  STATE OF CALIFORNIA; AND OTHER       )
    INTERESTED PARTIES,                  )
16                                       )
              Defendants.                )
17  _____ )

18       TO: All Defendants and Other Interested Parties:

19       NOTICE: You are hereby notified that on March 20, 2008, Plaintiff United States of America

20  deposited estimated just compensation for taking the estates condemned in the subject property in the

21  amount of Nine Hundred Nineteen Thousand Dollars ($919,000.00) with the Clerk of the Court.

22       DATED:  March 20, 2008           KAREN P. HEWITT
                                          United States Attorney
23
                                          s/ Tom Stahl
24
                                          TOM STAHL
25                                        Assistant U. S. Attorney
                                          Chief, Civil Division
26
                                          Attorneys for Plaintiff
27                                        Thomas.Stahl@usdoj.gov

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>53.14 ACRES OF LAND, more or less, )<br>situated in San Diego County, State of )<br>California; and THE STATE OF )<br>CALIFORNIA; and OTHER INTERESTED )<br>PARTIES, )<br>)<br>Defendants. )<br>_____) | Civil No. 08CV0506-J(RBB)<br><br>PROOF OF SERVICE BY MAIL |

IT IS HEREBY CERTIFIED that:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 03/20/08)

to be made by depositing in the United States mail, at San Diego, California, in an envelope bearing the requisite postage and addressed to the parties listed below:

State of California
California Coastal Conservancy
Office of Counsel
11th Floor, 1330 Broadway
Oakland, CA 92101-2427

State of California
Department of Parks and Recreation
Office of Counsel
1416 9th Street
Sacramento, CA 95814

California Department of Parks and Recreation
Ronnie Clark
District Superintendent
San Diego Coast District
4477 Pacific Highway
San Diego, CA 92110

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2008.

*Lori Aragon MacDonald*
Lori Aragon MacDonald

Proof of Service by Mail re: Not. of Deposit   08cv0506