1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Thomas.Stahl@usdoj.gov

7  Attorneys for the Plaintiff

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  THE UNITED STATES OF AMERICA,     )     Civil No. 08CV0506-BTM(RBB)
                                      )
12              Plaintiff,            )
                                      )     EX PARTE APPLICATION FOR
13      v.                            )     ORDER FOR IMMEDIATE POSSESSION
                                      )     [40 U.S.C. §3114]
14  53.14 ACRES OF LAND, more or less, )
    situated in San Diego County, State of )
15  California; and THE STATE OF      )
    CALIFORNIA; and OTHER INTERESTED )
16  PARTIES,                          )
                                      )
17              Defendants.           )
                                      )
18  _____ )

19      COMES NOW the Plaintiff, the United States of America, by and through his counsel, Karen

20  P. Hewitt, United States Attorney, and Tom Stahl, Assistant United States Attorney, and hereby submits

21  this Ex Parte Application for Order for Immediate Possession of the Subject Property.

22                              I

23                        INTRODUCTION

24      On March 18, 2008, the United States filed its Complaint and Declaration of Taking and

25  thereafter deposited Nine Hundred and Nineteen Thousand Dollars ($919,000.00) as the estimated just

26  compensation for the interests taken.

27      The interests taken in the Subject Property in this case include both fee interests and easements.

28  The interests are described in Schedule "C ", attached. The condemnation and taking are in furtherance

    of on-going efforts for border protection and control and are part of a construction project known as the

1 | Multi-tiered Fence project. The condemnation will advance the United States of America's efforts to
2 | control and guard the boundary and borders of the United States of America.

3 | The Subject Property is undeveloped, with no tenants on it. There will be no displacement of
4 | persons or things by the granting of the order for immediate possession. It is therefore appropriate for
5 | the United States to now request the Court to order the immediate possession of the easements on the
6 | subject property by the United States of America.

7 | II

8 | LEGAL ANALYSIS

9 | A.    BECAUSE IT HAS ACQUIRED THIS PROPERTY UNDER THE
DECLARATION OF TAKING ACT, THE UNITED STATES
10 | IS ENTITLED TO IMMEDIATE POSSESSION

11 | At the initiation of this case, the United States filed a declaration of taking and deposited
12 | estimated just compensation into the registry of the Court, as required by the Declaration of Taking Act
13 | ("Act"), 40 U.S.C. § 3114 (formerly 40 U.S.C. §258a). The filing and deposit immediately vest title to
14 | the estate condemned in the subject property in the United States. See 40 U.S.C. § 3114 (b)(1). The Act
15 | specifically provides that upon the filing of the declaration of taking, "the court may fix the time within
16 | which, and the terms on which, the parties in possession shall be required to surrender possession to the
17 | petitioner . . . ." 40 U.S.C. § 3114(d)(1).

18 | The purpose of the Declaration of Taking Act is to give the Government immediate possession
19 | of the property and give the owner immediate compensation, in the form of estimated compensation, in
20 | return for title to the land. United States v. Miller, 317 U.S. 369 (1943). As the Court explained:

21 | The purpose of the statute is twofold. First, to give the Government immediate
possession of the property . . . . Secondly, to give the former owner, if his title is clear,
22 | immediate cash compensation to the extent of the Government's estimate of the value
of the property.
23 |

24 | Id. at 381 (emphasis added). The transfer of title is immediate upon the filing of the declaration and
25 | deposit of estimated just compensation. See, e.g., Catlin v. United States, 324 U.S. 229, 238 (1945)
26 | (holding that a landowner may not delay or prevent the vesting of title by an interlocutory appeal);
27 | United States v. 191.07 Acres of Land, 482 F.3d 1132, 1136 (9th Cir. 2007)(noting that "title and right
28 | to possession vest immediately" upon United States' filing of the declaration and deposit of funds).

08CV0506

1    The Supreme Court reaffirmed that the Declaration of Taking Act immediately confers to the

2 United States title and a right to possession of the property in <u>Kirby Forest Industries, Inc. v. United

3 States</u>, 467 U.S. 1 (1984). There it reviewed the methods by which the United States may appropriate

4 property, primarily comparing use of a declaration of taking with a "straight-condemnation" proceeding.

5 <u>Id.</u> at 3-5. In a "straight-condemnation" the United States only files a complaint in condemnation and

6 only acquires title after the determination and payment of just compensation.

7    In contrast, the Court noted that the Declaration of Taking Act is "[a] more expeditious procedure

8 . . . ." <u>Id.</u> The Court held that upon the filing of a declaration of taking and deposit of estimated just

9 compensation, "[t]itle <u>and right to possession</u> thereupon vest immediately in the United States." <u>Id.</u> at

10 5 (emphasis added). It later explained, in further distinguishing a "straight-condemnation" case from

11 one brought under 40 U.S.C. § 3114, that the adoption of the Declaration of Taking Act was "for the

12 purpose of affording the Government the option of peremptorily appropriating land prior to final

13 judgment, thereby permitting immediate occupancy . . . ." <u>Id.</u> at 12. Finally, as more recently stated in

14 <u>Narramore v. United States</u>, 960 F.2d 1048, 1050 (Fed Cir. 1992), Congress enacted the Declaration of

15 Taking Act "[t]o give the Federal Government immediate possession of condemned property and to

16 avoid delays in federal construction projects." <u>Id.</u>    Accordingly, because the United States has acquired

17 the fee interests and easements at issue under the Declaration of Taking Act, the United States is entitled

18 to immediate possession of the property. <u>See Miller</u>, 317 U.S. at 381; <u>Kirby Forest Indus.</u>, 467 U.S. at

19 5, 12; <u>Schneider v. County of San Diego</u>, 285 F.3d 784, 792 (9th Cir. 2002)(observing that the

20 Declaration of Taking Act enables the United States to "exercise quickly its power of eminent domain

21 . . .").

22    B.    THE NINTH CIRCUIT HAS SPECIFICALLY APPROVED ENTRY
OF <u>EX PARTE</u> ORDERS OF POSSESSION FOR PROPERTY
23    ACQUIRED UNDER THE DECLARATION OF TAKING ACT

24    The Ninth Circuit has specifically approved entry of <u>ex parte</u> orders of possession of the estate

25 taken. In <u>United States v. 0.95 Acres of Land</u>, 994 F.2d 696 (9th Cir. 1993), the United States had filed

26 a declaration of taking and deposited estimated just compensation in order to acquire privately owned

27 roads adjacent to a national forest. <u>Id.</u> at 697. An <u>ex parte</u> order of possession was granted. The

28 landowners then moved to vacate the declaration of taking and order of possession, based on the

1  Government's alleged non-compliance with the National Environmental Policy Act ("NEPA"). The

2  district court granted the landowners' motion and the Government appealed. The Ninth Circuit reversed,

3  holding that non-compliance with NEPA was not a defense to a taking. Id. at 699. In so holding, the

4  appellate court discussed the procedure to be followed in granting an order of possession:

5          In this type of condemnation proceeding, the United States files a declaration of
        taking in the district court pursuant to the Declaration of Taking Act, 40 U.S.C. 258a et
6      seq., and deposits funds with the district court. The district court may then enter an ex
        parte order of possession. At approximately the same time, the United States files a
7      complaint . . . . The private property owner may now answer. The decision of the trial
        court that the United States has the right to possession of the property under a declaration
8      of taking is not a final, appealable decision.

9  994 F.2d at 698 (citing Catlin, 324 U.S. at 232) (emphasis added). Thus, the Ninth Circuit in this 1993

10  opinion described as an appropriate procedure the entry of an ex parte order of possession.

11        Here, in keeping with the decision in 0.95 Acres of Land, the Court should similarly grant the

12  United States an ex parte order of possession of the fee interests and easements condemned in the

13  Complaint. The condemned interests in land are needed to allow the United States to begin construction

14  of the fencing, roads and other structures which are part of the Triple Fence Project and other security

15  measures designed to help secure the United States/Mexico border within the State of California. The

16  State of California and visitors to the Border Field State Park may continue to use the adjacent property

17  during this time, so long as that use does not interfere with the construction and other work being done

18  by the United States.

19                                                III

20                                        CONCLUSION

21        Based on the foregoing, the United States of America submits that it is entitled to entry of an

22  order of immediate possession as requested in its ex parte application. The United States of America

23  has a need for immediate possession of the subject property to enhance efforts to secure its international

24  border. The steps requisite for an order of possession have been followed: the United States of America

25  has filed a Declaration of Taking, a Complaint in Condemnation, and deposited the estimated just

26  compensation for the fee interests and easements taken. There is no tenant on this undeveloped land that

27  would be disturbed or displaced by the United States of America taking immediate possession.

28  Therefore, it is respectfully requested that the Court issue an Order granting immediate possession. A

1    proposed Order will be provided to the Court upon request.

2

3    DATED: April 21, 2008                          Respectfully submitted,

4                                                   KAREN P. HEWITT
                                                    United States Attorney
5
                                                    s/ Tom Stahl
6
                                                    TOM STAHL
7                                                   Assistant U.S. Attorney
                                                    Chief, Civil Division
8                                                   Attorneys for Plaintiff
                                                    Email: thomas.stahl@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                    UNITED STATES DISTRICT COURT

3                                  SOUTHERN DISTRICT OF CALIFORNIA

4

5      THE UNITED STATES OF AMERICA,          )          Civil No. 08CV0506-BTM (RBB)
                                               )
6                     Plaintiff,               )
                                               )
       v.                                      )          PROOF OF SERVICE BY MAIL
7                                              )
       53.14 ACRES OF LAND, more or less,      )
8      situated in San Diego County, State of  )
       California; and THE STATE OF            )
9      CALIFORNIA; and OTHER INTERESTED)
       PARTIES,                                )
10                                             )
                      Defendants.              )
11     _____)

12            IT IS HEREBY CERTIFIED that:

13            I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
       business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party
14     to the above-entitled action. I have caused service of:

15            1. EX PARTE APPLICATION FOR ORDER FOR IMMEDIATE POSSESSION

16            2. [PROPOSED] ORDER FOR IMMEDIATE POSSESSION OF SUBJECT PROPERTY

17     to be made by depositing in the United States mail, at San Diego, California, in an envelope bearing the
       requisite postage and addressed to the parties listed below:
18

19     See Attached Service List

20
       I declare under penalty of perjury that the foregoing is true and correct.
21

22     Executed on April 21, 2008.

23

24                                                              Tricia R. Lamb

25

26

27

28

1

2

3

Service List

4

5    County of San Diego
     Judith A. McDonough
6    Senior Deputy County Counsel
     1600 Pacific Highway, Room 355
7    San Diego, CA 92101

8    California Department of Parks & Recreation
     Ellyn S. Levinson
9    Deputy Attorney General
     1515 Clay Street, 20th Floor
10   Oakland, CA 94612

11

12   State of California
     Office of the Attorney General
13   110 West "A" Street, Suite 1100
     San Diego, CA 92186-5266

14

15   Timothy & Sheryl Lee Lichty, Co-Trustees
     Michael E. Quinton
16   QUINTON& PETIX
     402 West Boadway, Suite 400
17   San Diego, CA 92101

18   California State Coastal Conservancy
     Patricia Sheehan Peterson
19   Deputy Attorney General
     1515 Clay Street, Suite 200
20   Oakland, CA 94612

21

22

23

24

25

26

27

28

Schedule "C"

1

SCHEDULE "C"
LEGAL DESCRIPTIONS

2

**TRACT 100**

3

A tract of land situated within Fractional Section 07, Township 19 South,

4

Range 2 West of the San Bernardino Meridian, County of San Diego, State of

5

California and being described as follow:

6

7

Commencing at a survey point on the U.S./Mexico international boundary,

8

having a coordinate value of N=134919.35 and E=1731258.78. Thence, along

9

said boundary, S 84°40'39" W, a distance of 13.29 feet to the Point-of-

10

Beginning.

11

Thence, continuing along international boundary, S 84°40'39" W, a distance

12

of 509.52 feet to a point.

13

Thence, N 02°01'41" W, a distance of 150.25 feet to a point.

14

Thence, N 84°42'32" E, a distance of 1341.62 feet to a point.

15

Thence, N 00°48'12" E, a distance of 553.51 feet to a point.

16

Thence, N 90°00'00" E, a distance of 283.52 feet to a point.

17

Thence, S 59°48'12" E, a distance of 248.49 feet to a point. Said point

18

being on the section line common to section 7 & 8, T19S, R2W of the San

19

Bernadino Meridian.

20

Thence, S 00°48'12" W, along section line common to Section 7 & 8, T19S,

21

R2W, a distance of 472.38 feet to a point.

22

Thence, S 84°40'39" W, a distance of 1327.51 feet to a point.

23

Thence, S 00°48'17" W, a distance of 60.34 feet to the Point-of-Beginning.

24

25

Said tract of land containing an area of 10.29 acres more or less.

1 | **TRACT 100-1**

2 | A tract of land situated within Fractional Section 08, Township 19 South,

3 | Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4 | California and being described as follow:

5 |

6 | Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7 | T19S, R2W, and having a survey coordinate value of N=136881.63 and

8 | E=1737811.27.  Thence, S 00°36'22" W, a distance of 1353.24 feet to a point.

9 | Said point being on the United States / Mexico International boundary.

10 | Thence, along said boundary, S 84°40'38" W, a distance of 1336.62 feet to

11 | the Point-of-Beginning.

12 | Thence, continuing along said boundary, S 84°40'39" W, a distance of 2680.78

13 | feet to a point.

14 | Thence, N 00°48'06" E, a distance of 405.13 feet to a point.

15 | Thence, S 89°50'42" E, a distance of 721.29 feet to a point.

16 | Thence, N 62°12'34" E, a distance of 236.51 feet to a point.

17 | Thence, N 89°30'22" E, a distance of 841.62 feet to a point.

18 | Thence, N 00°07'14" W, a distance of 201.81 feet to a point.

19 | Thence, N 85°04'58" E, a distance of 900.94 feet to a point.

20 | Thence, S 00°35'40" W, a distance of 554.49 feet to the Point-of-Beginning.

21 | Said tract of land containing an area of 26.93 acres more or less.

22 |

23 |

24 |

25 |

1 | **TRACT 100-1A**

2 | A tract of land situated within Fractional Section 08, Township 19 South,

3 | Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4 | California and being described as follow:

5 |

6 | Commencing at the intersection of Section 8 common to Section 4, 5 & 9,

7 | T19S, R2W, and having a survey coordinate value of N=136881.63 and

8 | E=1737811.27.  Thence, S 00°36'22" W, a distance of 1104.67 feet to the

9 | Point-of-Beginning.

10 | Thence, S 00°36'22" W, a distance of 248.56 feet to a point.  Said point

11 | being the United States/Mexico International boundary.

12 | Thence, continuing along said boundary, S 84°40'37" w, a distance of 550.00

13 | feet to a point.

14 | Thence, N 00°36'24" E, a distance of 36.11 feet to a point.

15 | Thence, N 84°51'55" E, a distance of 165.16 feet to a point.

16 | Thence, N 56°25'05" E, a distance of 322.54 feet to a point.

17 | Thence, N 85°05'48" E, a distance of 116.45 feet to the Point-of-Beginning.

18 | Said tract of land containing an area of 2.08 acres more or less.

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1  **TRACT 100-1B**

2  A tract of land situated within Fractional Section 08, Township 19 South,

3  Range 2 West of the San Bernardino Meridian, County of San Diego, State of

4  California and being described as follow:

5

6  Commencing at a survey point on the U.S./Mexico international boundary,

7  having a coordinate value of N=135457.27 and E=1737032.82.  Thence, N

8  69°39'41" E, a distance of 231.59 feet to the Point-of-Beginning.

9

10  Thence, S 84°40'39" W, a distance of 786.63 feet to a point.

11  Thence, N 00°35'40" E, a distance of 494.17 feet to a point.

12  Thence, N 84°51'55" E, a distance of 76.28 feet to a point.

13  Thence, S 36°22'42" E, a distance of 530.06 feet to a point.

14  Thence, N 84°51'55" E, a distance of 389.70 feet to a point.

15  Thence, S 00°36'24" W, a distance of 36.11 feet to the Point-of-Beginning.

16  Said tract of land containing an area of 3.13 acres more or less.

17

18

19

20

21

22

23

24

25

1 | **Tract No.:105E**

2

3 |       A strip of land situated within Section 8, Township 19 South, Range 2
4 | West of the California Principle Meridian, County of San Diego, State of
5 | California, and having an APN 6630200100 and 6630201100 being described as
6 | follows:

7

8 | Said strip of land being approximately 427.98 feet in length and 50.00 feet
9 | in width, parallel to 25.00 feet to the right of and 25.00 feet to the left
10 | of and measured at right angles to the following described centerline:

11

12 | Beginning at a point on the easterly right-of-way of Monument Road.   Said
13 | point having a coordinate value of X= 6295113.83, Y= 1776089.74.
14 | Thence, in an easterly direction approximately 263.14 feet to a point.   Said
15 | point having a coordinate value of X=6295373.48 & Y=1776078.70.
16 | Thence, along an arc of a curve to the right of, a distance of approximately
17 | 164.84 feet to a Point-of-Termination.   Said point having a coordinate value
18 | of X=6295477.18 & Y=1775997.18.

19

20 |       Said strip of land containing an area of 0.49 acres, more or less.

21

22

23

24

25

1 | **Tract No.: 105E-1**

2

3        A strip of land situated within Section 5 & 8, Township 19 South,

4 Range 2 West of the California Principle Meridian, County of San Diego,

5 State of California, and having an APN 6630200600, 6620202500, 6620202000,

6 6630200400 and 6620202400 being described as follows:

7

8 Said strip of land being approximately 2803.69 feet in length and 60.00 feet

.9 in width, parallel to 30.00 feet to the right of and 30.00 feet to the left

10 of and measured at right angles to the following described centerline:

11

12 Beginning at a point on the southerly right-of-way of Monument Road.  Said

13 point having a coordinate value of X= 6297484.26 & Y= 1778591.81.

14 Thence, in a southwesterly direction approximately 240.86 feet to a point.

15 Said point having a coordinate value of X=6297397.20 & Y=1778376.26.

16 Thence, along an arc of a curve to the left, a distance of approximately

17 242.77 feet to a point.  Said point having a coordinate value of

18 X=6297439.77 & Y=1778163.20.

19 Thence, continuing along the meanders of said centerline in a southeasterly

20 direction, a distance of approximately 1363.81 feet to a point.  Said point

21 having a coordinate value of X=6298621.66 & Y= 1777484.34.

22 Thence, along an arc of a curve to the right, a distance of approximately

23 121.65 feet to a point.  Said point having a coordinate value of

24 X=6298690.55 & Y=1777388.07.

25

1  Thence, continuing along the meanders of said centerline in a southeasterly

2  direction, a distance of approximately 248.05 feet to a point.  Said point

3  having a coordinate value of X=6298743.59 & Y= 1777145.76.

4  Thence, along an arc of a curve to the left, a distance of approximately

5  190.58 feet to a point.  Said point having a coordinate value of

6  X=6298854.90 & Y=1776999.62.

7  Thence, continuing along the meanders of said centerline in a southeasterly

8  direction, a distance of approximately 395.97 feet to the Point-of-

9  Termination.  Said point having a coordinate value of X=6299212.51 & Y=

10 1776829.60.

11      Said strip of land containing an area of 3.86 acres, more or less.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 | Tract No.:105E-2

2

3 | A strip of land situated within Sections 5 and 8, Township 19 South,
4 | Range 2 West of the California Principle Meridian, County of San Diego,
5 | State of California, and having an APN 6620202400 and 6620202000 being
6 | described as follows:

7

8 | Said strip of land being approximately 675.38 feet in length and 50.00 feet
9 | in width, parallel to 25.00 feet to the right of and 25.00 feet to the left
10 | of and measured at right angles to the following described centerline:

11

12 | Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,
13 | R2W.   Thence, N 67°01′26″ W, a distance of approximately 1425.36 feet to the
14 | Point-of -Beginning.  Said point having a coordinate value of X= 6297905.72,
15 | Y= 1777882.39.

16 | Thence, in a southwesterly direction approximately 439.53 feet to a point.
17 | Said point having a coordinate value of X=6297828.19 & Y=1777449.75.

18 | Thence, along an arc of a curve to the left of, a distance of approximately
19 | 74.98 feet to a point.  Said point having a coordinate value of X=6297863.65
20 | & Y=1777389.61.

21 | Thence, continuing along the meanders of said centerline in a southeasterly
22 | direction, a distance of approximately 160.86 feet to a Point-of-
23 | Termination.  Said point having a coordinate value of X=6298012.45 &
24 | Y=1777330.02.

25

Said strip of land containing an area of 0.78 acres, more or less.

1  **Tract No.:105E-3**

2

3      A strip of land situated within Sections 5 and 8, Township 19 South,

4  Range 2 West of the California Principle Meridian, County of San Diego,

5  State of California, and having an APN 6620202000, 6620202400, 6630201400

6  and 6630201000 being described as follows:

7

8  Said strip of land being approximately 1697.38 feet in length and 50.00 feet

9  in width, parallel to 25.00 feet to the right of and 25.00 feet to the left

10  of and measured at right angles to the following described centerline:

11

12  Commencing at the intersection of Section 5 common to Sec. 4, 8 & 9, T19S,

13  R2W.  Thence, N 88°17'33" W, a distance of approximately 1306.27 feet to the

14  Point-of -Beginning.  Said point having a coordinate value of X= 6297912.31,

15  Y= 1777364.92.

16  Thence, in a southwesterly direction approximately 157.41 feet to a point.

17  Said point having a coordinate value of X=6297795.96 & Y=1777261.94.

18  Thence, along an arc of a curve to the right of, a distance of approximately

19  86.74 feet to a point.  Said point having a coordinate value of X=6297714.24

20  & Y=1777240.51.

21  Thence, continuing along the meanders of said centerline in a northwesterly

22  direction, a distance of approximately 389.93 feet to a Point-of-

23  Termination.  Said point having a coordinate value of X=629732.73 &

24  Y=1777308.83.

25

1   Thence, along an arc of a curve to the left of, a distance of approximately

2   216.99 feet to a point.  Said point having a coordinate value of

3   X=6297227.68 & Y=1777171.82.

4   Thence, continuing along the meanders of said centerline in a southwesterly

5   direction, a distance of approximately 846.31 feet to a Point-of-

6   Termination.  Said point having a coordinate value of X=6297132.70 &

7   Y=1776335.92.

8

9   Said strip of land containing an area of 1.93 acres, more or less.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1 | Tract No.:105E-4

2

3       A tract of land situated within Section 5 & 8, Township 19 South,

4    Range 2 West of the California Principle Meridian, County of San Diego,

5    State of California, and having an APN 6620201900, 6620202000, 6630201400

6    and 6630201000 being described as follows:

7    Commencing at the intersection of Sec 5 common to Sec 4, 8 and 9, T 19 S, R

8    2 W.   Thence, N 84°50'15" W a distance of approximately 1360.43 feet to the

9    Point-of-Beginning.  Said point having a coordinate value of X=6297862.29 &

10   Y=1777448.39.

11   Thence, S 60°45'04" E, a distance of 186.51 feet to a point.

12   Thence, S 24°56'12" W, a distance of 59.92 feet to a point.

13   Thence, S 49°49'10" W, a distance of 49.80 feet to a point.

14   Thence, N 88°53'38" W, a distance of 79.09 feet to a point.

15   Thence, S 51°22'22" W, a distance of 127.21 feet to a point.

16   Thence, N 80°48'42" W, a distance of 157.24 feet to a point.

17   Thence, S 68°59'55" W, a distance of 115.39 feet to a point.

18   Thence, S 80°29'23" W, a distance of 66.22 feet to a point.

19   Thence, S 89°21'36" W, a distance of 195.61 feet to a point.

20   Thence, S 66°33'11" W, a distance of 61.98 feet to a point.

21   Thence, N 10°56'04" W, a distance of 111.40 feet to a point.

22   Thence, N 04°02'34" E, a distance of 129.36 feet to a point.

23   Thence, N 60°32'41" E, a distance of 91.94 feet to a point.

24   Thence, S 83°10'08" E, a distance of 216.28 feet to a point.

25

1    Thence, S 67°06'09" E, a distance of 213.97 feet to a point.

2    Thence, N 39°39'11" E, a distance of 183.56 feet to a point.

3    Thence, S 84°02'06" E, a distance of 63.97 feet to a point.

4

5    Said strip of land containing an area of 3.65 acres, more or less.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25