Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America<br><br>vs<br><br>53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES, | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>08 CV 0506 J RBB |

TO: (Name and Address of Defendant)

Ellyn S. Levinson
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Tom Stahl, Assistant U.S. Attorney, Chief, Civil Division
Office of the U.S. Attorney
880 Front Street, Room 6293, San Diego, CA 92101-8893

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

MAR 1 8 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 4/16/08 |
| NAME OF SERVER  Tom Stahl | TITLE | Chief, Civil Division |

Check one box below to indicate appropriate method of service

| X | Served personally upon the defendant. Place where served: Ellyn Levinson, Deputy Attorney General | 101 W. Broadway, 15th floor San Diego, CA 92101 |
|---|---|---|
|  | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
|  | Name of person with whom the summons and complaint were left: _____ | |
|  | Return unexecuted: | |
|  | Other (specify): | |

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 4/21/08
Date

Signature of Server  *Tom Stahl*

Office of the U.S. Attorney
Address of Server 880 Front Street, RM 6293
San Diego, CA 92101

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)