UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>    v. )<br>  )<br>53.14 ACRES OF LAND, more or less, )<br>situated in San Diego County, State of )<br>California; and THE STATE OF )<br>CALIFORNIA; and OTHER INTERESTED )<br>PARTIES, )<br>  )<br>             Defendants. )<br>_____) | Civil No. 08CV0506-J(RBB)<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

JOINT MOTION ORDER FOR IMMEDIATE POSSESSION; ORDER DISBURSING FUNDS; AND ORDER ENLARGING TIME TO RESPOND TO COMPLAINT

to be made by depositing in the United States mail, at San Diego, California, in an envelope bearing the requisite postage and addressed to the parties listed below:

California Department of Parks & Recreation
Ellyn S. Levinson
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2008.

       /s/   Tom Stahl
Tom Stahl
Assistant U.S. Attorney
Thomas.Stahl@usdoj.gov