UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California et. al.,<br><br>                    Defendants. | CASE NO. 08-CV-0506 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR IMMEDIATE POSSESSION, DISBURSING FUNDS, AND ENLARGING TIME TO RESPOND TO COMPLAINT (Doc. Nos. 7, 10)** |

Based upon the Joint Motion of the parties and upon due consideration and for good cause shown, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.     That Defendant and all persons in possession or control of the property described in the Declaration of Taking filed herein shall immediately surrender possession of the said property to Plaintiff. Plaintiff's *ex parte* motion for Order for Immediate Possession is hereby **DENIED AS MOOT**. (Doc. No. 7.)

2.     The estimated just compensation of Nine Hundred and Nineteen Thousand Dollars ($919,000.00) plus any interest accrued thereon shall be disbursed to Defendant State of California, subject to the following conditions:

a. Defendant shall pay all valid taxes, liens and encumbrances out of said deposit disbursement;

b. Any amount paid to Defendant from said deposit, and any sums paid therefrom to others for taxes, liens and encumbrances, shall be in part payment of any award finally made if the final award exceeds the amount of the deposit of estimated just compensation;

c. If it is finally determined that Defendant is not entitled to receive said deposit, or any part thereof, Defendant agrees to refund into the registry of this Court said sum paid to Defendant, or such part thereof as the Court may direct, with interest at the rate of 52-week Treasury Bills, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of Fed. R. Civ. P. 71A(j);

d. In the event that any other party is ultimately determined to have any right to receive compensation for the property taken in this case, Defendant shall refund into the registry of the Court the compensation distributed herein, with interest thereon, at the rate of 52-week Treasury Bills, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of Fed. R. Civ. P. 71A(j);

e. In the event a final judgment is entered for just compensation in an amount less than that which has been paid to Defendant, including amount expended for taxes, liens and encumbrances, Defendant agrees to refund into the registry of the Court the amount by which such payments exceed said judgment, with interest at the rate of 52-week Treasury Bills, from the date of receipt of the deposit by Defendant to the date of repayment into the registry of the Court, calculated in accordance with the provisions of Fed. R. Civ. P. 71A(j); and

      f.    This motion is made without prejudice to Defendant's right to claim additional compensation for the taking of Defendant's property.

      g.    The Clerk shall deduct ten percent of the accrued interest as authorized by the Judicial Conference of the United States.

3.    The Clerk of the Court shall forthwith draw his check for Nine Hundred and Nineteen Thousand Dollars ($919,000.00) plus any interest accrued thereon and less the authorized deduction, payable to the order of the STATE OF CALIFORNIA DEPARTMENT OF PARKS AND RECREATION and deliver said check to its undersigned attorney, at her address of record. Defendant shall apply the proceeds of said check to the prompt payment and discharge of all liens and encumbrances of record and unpaid taxes and assessments, if any, and the balance pay over to Defendant.

4.    Promptly upon the completion of the foregoing, Defendant's undersigned attorney shall file a praecipe, with service upon all parties, advising the Court of the sums received and disbursed and the dates thereof.

5.    The time for the filing of Defendant's response to the Complaint shall be extended to **May 30, 2008.**

**IT IS SO ORDERED.**

DATED: April 29, 2008

                                          Hon. Thomas J. Whelan
                                          United States District Judge