1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KRISTIN G. HOGUE
   Supervising Deputy Attorney General
3  MICHAEL P. CAYABAN, State Bar No. 179252
   Deputy Attorney General
4   110 West A Street, Suite 1100
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 645-2014
    Fax: (619) 645-2012
7   Email: Mike.Cayaban@doj.ca.gov

8  Attorneys for Defendant State of California (by and
   through the Department of Parks & Recreation)
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13 | **THE UNITED STATES OF AMERICA,** | Case No. 08-cv-0506 J (RBB) |
   |---|---|
14 | Plaintiff, | **NOTICE OF CHANGE OF RESPONSIBILITY FOR REPRESENTATION OF DEFENDANT STATE OF CALIFORNIA (by and through the Department of Parks and Recreation)** |
15 | v. | |
16 | **53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES,** | |
   | Defendants. | |

20 TO THE COURT AND TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that responsibility for the above-entitled action on behalf of

22 defendant, State of California (by and through the Department of Parks and Recreation), has

23 been transferred from Deputy Attorney General Ellyn Levinson to Deputy Attorney General

24 Michael P. Cayaban. Mr. Cayaban's contact information is as follows:

25 / / /

26 / / /

27 / / /

28 / / /

Notice of Change of Responsibility                              Case No. 08-cv-0506 J (RBB)

1  MICHAEL P. CAYABAN
   Deputy Attorney General
2  110 West A Street, Suite 1100
   P.O. Box 85266
3  San Diego, California 92186-5266
   Telephone: (619) 645-2014
4  Facsimile: (619) 645-2012
   Email: Michael.Cayaban@doj.ca.gov

6  Please direct all future documents, pleadings, and correspondence to Mr. Cayaban's

7  attention.

8      Dated: May 8, 2008

9          Respectfully submitted,

10         EDMUND G. BROWN JR.
           Attorney General of the State of California

11         KRISTIN G. HOGUE
           Supervising Deputy Attorney General

13         s/ Michael P. Cayaban
14         MICHAEL P. CAYABAN
           Deputy Attorney General
15         Attorneys for Defendants

17 80237142.wpd
   SD2008801122

Notice of Change of Responsibility         Case No. 08-cv-0506 J (RBB)

# **CERTIFICATE OF SERVICE**

Case Name:   *United States of America v. 53.14 Acres of Land, et al.*
Case No.:    **08-cv-0506 J (RBB)**

I declare:

On <u>May 8, 2008</u>, I electronically filed the following document(s):

**NOTICE OF CHANGE OF RESPONSIBILITY FOR REPRESENTATION OF DEFENDANT STATE OF CALIFORNIA (by and through the Department of Parks and Recreation)**

## **Electronic Mail Notice List**

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Thomas Stahl
**E-mail Address:** Thomas.Stahl@usdoj.gov
Attorneys for Plaintiff

## **Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 8, 2008, at San Diego, California.

| Michael P. Cayaban | s/Michael P. Cayaban |
|---|---|
| Declarant | Signature |

SD2008801122
80237157.wpd