KAREN P. HEWITT
United States Attorney
CHRISTOPHER B. LATHAM
Assistant U.S. Attorney
California State Bar No. 160515
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7147
Facsimile:  (619) 557-5004

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES,<br><br>Defendants. | Case No. 08cv0506 W (NLS)<br><br>NOTICE OF APPEARANCE<br><br><br><br><br><br><br><br>CTRM:    7<br>JUDGE:   Honorable Thomas J. Whelan |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for Plaintiff, United States of America, in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Tom Stahl - Thomas.Stahl@usdoj.gov

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

    <u>     None</u>

Please call me if you have any questions about this notice.

DATED: May 9, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Christopher B. Latham

CHRISTOPHER B. LATHAM
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Christopher.Latham@usdoj.gov