EDMUND G. BROWN JR.
Attorney General of the State of California
KRISTIN G. HOGUE
Supervising Deputy Attorney General
MICHAEL P. CAYABAN, State Bar No. 179252
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2014
 Fax:  (619) 645-2012
 Email:  Mike.Cayaban@doj.ca.gov

Attorneys for Defendant State of California (by and
through the Department of Parks & Recreation)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**53.14 ACRES OF LAND, more or less, situated in San Diego County, State of California; and THE STATE OF CALIFORNIA; and OTHER INTERESTED PARTIES,**<br><br>Defendants. | Case No. 08-CV-0506 J (RBB)<br><br>**NOTICE OF APPEARANCE AND DEMAND FOR JURY TRIAL** |

        Defendant State of California (by and through the Department of Parks and

Recreation) claims an interest in the property described as 53.14 acres of land in the above-

captioned case and claims an interest in the compensation that Plaintiff has deposited with the

Court in this action.  Defendant State of California (by and through the Department of Parks and

Recreation) also claims that the amount deposited by Plaintiff with the Court is inadequate,

insofar as it does not reflect the correct fair market value of the property.

/ / /

/ / /

1    Defendant State of California (by and through the Department of Parks and Recreation)

2  hereby demands a jury trial in this matter.

3

4        Dated:  May 27, 2008

5                              Respectfully submitted,

6                              EDMUND G. BROWN JR.
                               Attorney General of the State of California

7                              KRISTIN G. HOGUE
                               Supervising Deputy Attorney General

8

9                              /s/ Michael P. Cayaban

10                             MICHAEL P. CAYABAN
                               Deputy Attorney General

11                             Attorneys for Defendants

12

13   80242449.wpd
     SD2008801122

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28