## CERTIFICATE OF SERVICE

Case: *United States of America v. 53.14 Acres of Land, et al.*
Court: **United States District Court, Southern District, Case No. 08-CV-0506 J (RBB)**

I declare:

On **May 27, 2008**, I electronically filed the following document(s):

**NOTICE OF APPEARANCE AND DEMAND FOR JURY TRIAL**

### Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

Thomas Stahl
**E-mail Address:** Thomas.Stahl@usdoj.gov
Attorneys for Plaintiff

Christopher Latham
**E-mail Address:** Christopher.Latham@usdoj.gov
Attorneys for Plaintiff

### Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

NONE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 27, 2008**, at San Diego, California.

Roberta Matson
_____
Declarant

_(Signature)_

SD2008801122
80242455.wpd