UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No.08cv506-W(NLS) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER SETTING** |
| v. ) | *TELEPHONIC* **STATUS CONFERENCE** |
| ) | |
| 53.14 Acres of Land, *more or less, situated in* ) | |
| *San Diego County, State of California*, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    A *telephonic* Status Conference will be held in the above-referenced matter on ***July 18, 2008*** at ***2:00 p.m***. before Magistrate Judge Stormes, at the close of the telephonic Status/Case Management Conference currently scheduled in related Civil Case No. 06cv1670-W(NLS).  Only counsel representing the parties in this case shall be required to participate.

    **IT IS SO ORDERED**.

DATED:  June 3, 2008

                                                               Hon. Nita L. Stormes
                                                               U.S. Magistrate Judge